UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| In re: | Case No.: 10-40467 |
|---|---|
| JAGRUTI NILESH SHAH | Chapter: 13 |
| | REQUEST FOR SPECIAL NOTICE |
| Debtor. | |

TO THE COURT, THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE DEBTOR, THE DEBTOR'S ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND THE U.S. TRUSTEE:

The undersigned files this Request for Special Notice as authorized agent on behalf of Secured Creditor, HSBC Mortgage Corporation (USA); (hereinafter referred to as "Creditor") pursuant to Bankruptcy Rule 2002(g) and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, as required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the agent for Creditor at the address listed below:

>HSBC Mortgage Corporation (USA)
>c/o McCALLA RAYMER, LLC
>Bankruptcy Department
>1544 Old Alabama Road
>Roswell, Georgia 30076

Dated: January 26, 2010

Respectfully Submitted

McCALLA RAYMER, LLC

/S/    John D. Schlotter
John D. Schlotter
Authorized Agent for Secured Creditor
1544 Old Alabama Road
Roswell, GA 30076
Phone: 770-643-2730 / Fax: 770-643-4217

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                           (OAKLAND DIVISION)
```

In re:                              | Case No.: 10-40467
                                    | Chapter: 13
JAGRUTI NILESH SHAH                 |
                                    |
                                    | CERTIFICATE OF SERVICE OF
                                    | REQUEST FOR SPECIAL NOTICE
                                    |
             Debtor.                |

                         CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Request

for Special Notice has been served by First Class Mail, postage pre-paid,

upon the following parties in interest on the 26th day of January, 2010.

Debtor's Attorney

Scott J. Sagaria, Esq.
Law Offices of Scott J. Sagaria
333 West San Carlos Street #1625
San Jose, CA 95110

Chapter 13 Trustee

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

US TRUSTEE

OFFICE OF THE UNITED STATES TRUSTEE
1301 CLAY STREET, SUITE 690N
OAKLAND, CALIFORNIA 94612-5217


                        /s/ John D. Schlotter
                        John D. Schlotter, Esq. Georgia Bar No. 629456
                        1544 Old Alabama Road
                        Roswell, Georgia  30076-2102
                        Phone: 770-643-2730 / Fax: 770-643-4217