In re: **Jagruti Nilesh Shah**

Case No.

**CHAPTER 13 PLAN**

Debtor(s).

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) will pay to the Trustee the sum of $ __1,262.10__ each month for __60__ months.
   Debtor(s) elect a voluntary wage order. _____.

2. From the payments received, the Trustee will make disbursements in accordance with the Distribution Guidelines as follows:
   (a) On allowed claims for expenses of administration required by 11 USC §507.
   (b) On allowed secured claims, which shall be treated and valued as follows:

| §506 | Non §506 | Name | Value of Collateral | Claim Amount | Pre-confirmation Adequate Protection | Post confirmation Payments | Estimated Mortgage Arrears | Interest Rate (If Specified) |
|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | Digital Fed Credit Uni | 24,000.00 | | 0.00 | 735.00 | | 7.45 |
| ■ | ☐ | Digital Fed Credit Uni | 16,880.00 | | 0.00 | 320.89 | | 5.20 |

With respect to secured claims per §506, valuation stated shall bind unless a timely objection to confirmation is filed. With respect to non §506 secured claims as referenced in §1325, the claim, to the extent allowed, shall control. If an interest rate is not specified, 5/6% per month (10% per annum) will be paid. A secured creditor shall retain its lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section §1328.

   (c) On allowed priority unsecured claims in the order prescribed by 11 USC § 507. Priority claims shall be paid in full except to the extent allowed otherwise under 11 U.S.C. § 1322(a)(4).
   (d) On allowed general unsecured claims the debtor(s) estimate(s) the general unsecured claims will be paid **Pro Tanto** %.

3. The following executory contracts are rejected. The debtor(s) waive the protections of the automatic stay provided in 11 U.S.C. § 362 to enable the affected creditor to obtain possession and dispose of its collateral without further order of the court. Any allowed unsecured claim for damages resulting from rejection will be paid under paragraph 2(d).
   **-NONE-**

4. The debtor(s) will pay directly the following fully secured creditors and lessors:

| Name | Monthly Payment |
|---|---|
| **Hsbc Mortgage Corp Usa** | **4,044.80** |

5. The date this case was confirmed will be the effective date of the plan.

6. The debtor(s) elect to have property of the estate revest in the debtor(s) upon plan confirmation. Once the property revests, the debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

7. The debtor(s) further propose pursuant to 11 USC § 1322(b):
   **Special Intentions:**
   **BLC, LLC/Ciena Capital, LLC:** Debtor is to surrender property and any claim filed by said creditor will be paid as a general unsecured claim.
   **Napa Valley Tax Collector:** Debtor is to surrender property and any claim filed by said creditor will be paid as a general unsecured claim.
   **Debtor will file a Motion to avoid liens of Digital Fed Credit Union regarding the 2nd & 3rd Mortgages reflected by account numbers 5037207144 and 5037207143.**

Dated: **January 15, 2010**    /s/ **Jagruti Nilesh Shah**
                                  (Debtor)                (Debtor)

I/We __Scott J. Sagaria 217981__ am/are legal counsel for the above named debtors(s) and hereby certify that the foregoing Chapter 13 Plan is a verbatim replica of this N.D. Cal., Oakland Division Model Chapter 13 Plan (October 2005), promulgated pursuant to B.L.R. 1007-1.

                                                          **/s/ Scott J. Sagaria**
                                                          Attorney for Debtor(s)

N.D. Cal., Oakland Division Model Chapter 13 Plan
Rev. 10/17/2005

Page 1 of 1

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Case: 10-40467    Doc# 2    Filed: 01/15/10    Entered: 01/15/10 15:10:48    Page 1 of 1

Case: 10-40467    Doc# 10    Filed: 01/27/10    Entered: 01/27/10 21:46:55    Page 1 of 2

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: jbolts              Page 1 of 1              Date Rcvd: Jan 25, 2010
Case: 10-40467                Form ID: pdfpln           Total Noticed: 26
```

The following entities were noticed by first class mail on Jan 27, 2010.
```
db          +Jagruti Nilesh Shah,    48477 Cereus Court,    Fremont, CA 94539-7761
smg          CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA 94280-0001
smg          CA Franchise Tax Board,    Special Procedures Bankruptcy Unit,    P.O. Box 2952,
              Sacramento, CA 95812-2952
smg         +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
smg         +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
10606895    +Advanta Bank Corp,    Po Box 844,    Spring House, PA 19477-0844
10606896    +American Canyon RCS & MC.,    2021 Broadway St.,    Vallejo, CA 94589-1701
10606897    +American Express,   c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
10606899    +BLC, LLC/Ciena Capital, LLC,    P.O. Box 26507,    Greenville, SC 29616-1507
10606898    +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
10606900    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
10606901    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
10606902    +City of American Canyon,    P.O. Box 1410,    Suisun City, CA 94585-4410
10606903     Digital Fed Credit Uni,    229 Donald Lynch Bv,    Marlborough, MA 01752
10606907    +Hsbc Best Buy,   Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
10606909    +Law Office of Levy, Small & Lallas,    815 Moraga Drive,    Los Angeles, CA 90049-1633
10606910    +Macys/fdsb,   Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
10606911    +Napa County Weight & Measures,    1710 Soscol Ave., #3,    Napa, CA 94559-1311
10606912    +Napa Valley Tax Collector,    1195 Third Street, Room #108,    Napa, CA 94559-3050
10606913    +Sears/cbsd,   Po Box 6189,    Sioux Falls, SD 57117-6189
10606914    +Visdsnb,   Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
10606917   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
            (address filed with court:  Wfs Financial/Wachovia Dealer Services,    Po Box 19657,
              Irvine, CA 92623)
10620963    +Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
              Des Moines, IA 50306-9210
10606915    +Wells Fargo Business Line,    PO Box 54349,    Los Angeles, CA 90054-0349
10606916    +Wells Fargo Card Ser,    Po Box 5058,    Portland, OR 97208-5058
```

The following entities were noticed by electronic transmission on Jan 26, 2010.
```
10606908    +Fax: 732-352-7538 Jan 26 2010 03:09:56     Hsbc Mortgage Corp Usa,    2929 Walden Ave,
              Depew, NY 14043-2690
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10606904*    Digital Fed Credit Uni,    229 Donald Lynch Bv,    Marlborough, MA 01752
10606905*    Digital Fed Credit Uni,    229 Donald Lynch Bv,    Marlborough, MA 01752
10606906*    Digital Fed Credit Uni,    229 Donald Lynch Bv,    Marlborough, MA 01752
                                                                                             TOTALS: 0, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2010          Signature: *Joseph Speetjens*