1  SCOTT J. SAGARIA (BAR # 217981)
2  PATRICK C. CALHOUN (BAR # 56671)
   SAGARIA LAW
3  333 WEST SAN CARLOS STREET
   SUITE 1625
4  SAN JOSE, CALIFORNIA 95110
   (408) 279-2288
5  (408) 279-2299 FAX

6  Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re: | Case No. 10-40467 EDJ |
| NILESH SHAH and | Chapter 11 |
| JAGRUTI SHAH, | **NOTICE OF HEARING** |
| Debtors. | Date: January 6, 2011<br>Time: 2:30 p.m.<br>Judge: Edward D. Jellen<br>Court: 1300 Clay Street<br>         Oakland, CA 94612<br>Room: 215 |

TO: All Parties.

NOTICE IS HEREBY GIVEN that on January 6, 2011, at 2:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 215 of the above-entitled court located at 1300 Clay Street, Oakland, CA 94612, Debtors JAGRUTI NILESH SHAH and NILESH SHAH, will move this Court for an Order approving the Debtor's Disclosure Statement and setting a date and time for a Confirmation hearing.

1    This hearing shall be heard on 35-day notice. Any opposition to this disclosure
2  statement, if necessary, shall be in writing and shall be served and filed with the court by the
3  responding party at least seven (7) calendar days prior to the date or continued to the date of
4  hearing. Opposition shall be accompanied by evidence establishing factual allegations. Without
5  good cause, no party shall be heard in opposition to the hearing at oral argument if written
6  opposition to the hearing has not been timely filed.

Date:  November 22, 2010         */s/ Patrick Calhoun*
                                 Patrick Calhoun, esq.